TCL 2021R00180
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ANDREW THOMAS, | ) Case No. 21-mj-308 (KMM) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about April 18, 2021, in Hennepin County, in the State and District of Minnesota, the defendant, having previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Springfield Armory XD-9 9mm semi-automatic pistol bearing serial number BY529416, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

*Complainant's signature*

Cory J. Shelton, ATF Special Agent
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means (means of video
conference and email) pursuant to
Fed. R. Crim. P. 41(d)(3).

Date: April 19, 2021

*Judge's signature*

City and state: Minneapolis, MN

The Honorable Katherine M. Menendez,
U.S. Magistrate Judge
*Printed name and title*